

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Vinince Paul Jones, Appellant

No. 06-19-00176-CR        v.

The State of Texas, Appellee

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 23,386-2017).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Vinince Paul Jones, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 19, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk